United States District Court
Southern District of Texas
**ENTERED**
July 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LINDA CANION, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civ. Action No. 4:25-cv-01633 |
| § | |
| SUNRUN INC. AND SUNRUN § | |
| INSTALLATION SERVICES INC., § | |
| § | |
| Defendants. § | |

### ORDER GRANTING
### AGREED MOTION TO STAY PENDING ARBITRATION [UNOPPOSED]

Before the Court is the Agreed Motion to Stay Pending Arbitration. The Court, having considered the motion, the response, and argument of counsel, if any, rules as follows.

The Motion is well taken and is GRANTED in its entirety and this cause is stayed pending arbitration.

Dated: JUL 1 0 2025

_[signature]_
HONORABLE CHRISTINA A. BRYAN UNITED STATES MAGISTRATE JUDGE